FILED'08 MAR 12 12:31 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

JESSE BRYANT GRIFFIN,

**Plaintiff,**

v.

**Civil No.: 08-6034-TC**

UNITED STATES OF AMERICA,

**Defendant.**

---

# FINDINGS AND RECOMMENDATION

Plaintiff was ordered on February 5, 2008, to file an amended complaint within 30 days of this court's order dismissing plaintiff's initial complaint. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: March [handwritten] , 2008 .

_____
**United States Magistrate Judge**

FINDINGS AND RECOMMENDATION