IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JESSE BRYANT GRIFFIN,                )
                                     )
              Plaintiff,             )
                                     )    Civil No. 08-6034-TC
     v.                              )
                                     )    ORDER
UNITED STATES OF AMERICA,            )
                                     )
              Defendant.             )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on March 12, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

DATED this 31st day of March, 2008.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE